BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>STANCIL ENTERPRISES, INC., et al<br><br>Defendants. | Case No. 2:12-CR-00025 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendants in this matter have not yet made an initial appearance or been arraigned. The parties have been conferring on the earliest date and time upon which the initial appearance and arraignment might occur, planning complicated by the current duty Magistrate Judge's prior position in the U.S. Attorney's Office. The Government has requested this matter be set for initial appearance and arraignment on the regular Magistrate calendar on February 13, 2012, following the scheduled change in the Magistrate on duty, and counsel for all defendants have confirmed that they and their respective clients can make that appearance.

Given that the status conference in this matter is currently set for February 9, 2012, but the defendants will not yet have been arraigned, the parties stipulate that good cause exists to and jointly request that the status conference currently set for February 9, 2012, be continued to February 16, 2012, at 9:00 a.m.

1

The parties further advise the Court that they expect that on that date, corporate defendant Stancil Enterprises, Inc. will enter a change of plea pursuant to a written agreement.

Undersigned defense counsel have authorized Ms. Hobler to electronically sign and file on their behalf.

Dated: February 7, 2012 							Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant U.S. Attorney

Dated: February 7, 2012

By: /s/ Jean M. Hobler for
DONALD H. HELLER
Attorney for STANCIL ENTERPRISES, INC., and JOSEPH STANCIL

Dated: February 7, 2012

By: /s/ Jean M. Hobler for
MARK REICHEL
Attorney for DANIEL MATHIS

## **ORDER**

For good cause shown and based upon the agreement of the parties, the Court orders the status conference in this matter be continued to February 16, 2012, at 9:00 a.m.

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE