BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>STANCIL ENTERPRISES, INC.,<br><br>Defendant. | Case No. 2:12-CR-00025 MCE<br><br>**STIPULATION BETWEEN STANCIL ENTERPRISES, INC. AND THE UNITED STATES REGARDING SENTENCING** |

Stancil Enterprises, Inc. wishes to proceed to sentencing as expeditiously as possible in this matter and for that purpose, Stancil Enterprises, Inc. and the Government (jointly, the "Parties"), by and through their respective counsel enter into the following stipulations:

1. Stancil Enterprises, Inc. will take all necessary steps to waive its rights and interests in a Presentence Investigation and Presentence Investigation Report.
2. The Parties agree that the following Sentencing Guidelines factors apply:

    a. Base Offense Level:    6 (USSG 2S1.3(a)(6))

    b. Loss Adjustments:    +14 (USSG 2S1.3(a)(6), 2B1.1)

    c. Other Adjustments:    +2 (USSG 2S1.3(b)(1)),

                                  +2 (USSG 2S1.3(b)(2))

    d. Adjusted Offense Level:    24

///

3. The Plea and Global Resolution Agreement requires Stancil Enterprises, Inc. to cooperate fully in the Presentencing Investigation to obtain a full 3-level acceptance of responsibility reduction. On the understanding that Stancil Enterprises, Inc. will validly waive its rights and interests in a Presentence Investigation and Report, will effect transfer of the previously seized funds to the Government as set forth in the plea agreement, and will deposit with the Court the remaining forfeiture amount as well as the full amount of the maximum fine under Title 18, United States Code § 371 ($500,000), the Government is willing to waive the prerequisite of participation in the Presentence Investigation (and only that prerequisite). Should a Presentence Investigation and Report become necessary for any reason, Stancil Enterprises, Inc.'s cooperation in the Presentence Investigation will be necessary to obtain the full 3-level decrease contemplated by the plea and global resolution agreement. Nonetheless, the Parties anticipate that the Presentence Investigation will be unnecessary and on that basis a 3-level reduction under the Guidelines for acceptance of responsibility will apply, resulting in a final Offense Level of 21.

4. Based on the above stipulations and understandings, the Parties agree that pursuant to the United States Sentencing Guidelines, and an offense level of 21 with a criminal history category of I, the available sentencing factors are as follows:

    a. Forfeiture of all structured funds, to wit, the sum of $428,589.30;

    b. Special assessment of $400; and

    c. Fine of up to $910,000 (although the statutory maximum is $500,000).

5. Pursuant to the plea and global resolution agreement, the Parties will not be arguing in support of other Sentencing Guideline factors or against those stipulated to here, and moreover will not be arguing any of the factors of Title 18, United States Code section 3553(a). Stancil Enterprises, Inc., however, wishes to argue that the forfeiture sum of $428,589.30 plus an additional fine amount set forth in Stancil Enterprises, Inc., opening brief to be filed is sufficient, but not greater than necessary, to comply with the purposes this Court sentencing discretion. The Government wishes to oppose defendant's argument.

1 | The Parties agree to submit briefing to the Court regarding this issue on the following schedule:
2 | Stancil Enterprises, Inc. opening brief to be filed on February 25, 2012; Government's response
3 | to be submitted by close of business on March 1, 2012; Stancil Enterprises, Inc. reply to be
4 | submitted by 4:00 p.m. on Tuesday, March 5. Sentencing shall remain as set on March 8, 2012,
5 | at 9:00 a.m.

DATED: February 23, 2012        BENJAMIN B. WAGNER
                                       United States Attorney

By:
    */s/ Jean M. Hobler*
    JEAN M. HOBLER
    Assistant United States Attorney


    DONALD H. HELLER
    A Law Corporation

Dated: February 28, 2012        */s/ Donald H. Heller*
    DONALD H. HELLER
    Attorney for Defendants
    Stancil Enterprises, Inc. and Joseph Stancil

**ORDER**

Good cause having been shown, and pursuant to the stipulation of the parties, the Court orders that:

1. Stancil Enterprises, Inc.'s sentencing memo in this matter shall be filed on February 25, 2012;
2. The Government's response shall be filed by 5:00 p.m. on March 1, 2012;
3. Stancil Enterprises, Inc. reply shall be filed by 4:00 p.m. on Tuesday, March 5.
4. Sentencing shall remain as set on March 8, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 28, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE