BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

MAR -8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   2:12-CR-00025 MCE
                                    )
              Plaintiff,            )   APPLICATION AND ORDER FOR
                                    )   MONEY JUDGMENT
         v.                         )
                                    )
STANCIL ENTERPRISES, INC.,          )
et al,                              )
                                    )
              Defendants.           )
_____)

On or about February 6, 2012, defendant Stancil Enterprises, Inc. entered a guilty plea to Count One of the Information, which charges it with Conspiracy to Aid and Abet Evasion of Reporting Requirements in violation of 18 U.S.C. § 371, involving 31 U.S.C. § 5313(a) and 31 U.S.C. § 5324(a).

As part of its plea agreement with the United States, defendant Stancil Enterprises, Inc. agreed to forfeit voluntarily and immediately $428,589.30, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects the property involved in the offense as a result of violations of 18 U.S.C. § 371, involving 31 U.S.C. § 5313(a) and 31 U.S.C. § 5324(a), to which it has pled guilty. Stancil Enterprises, Inc. also agreed

1                Application and Order
                 for Money Judgment

that the $5,173.45 in U.S. Currency seized from Wells Fargo Bank Account Number 3444347300, by the Internal Revenue Service on or about November 19, 2009, and subject of the related case 2:10-MC-00046 MCE, shall be applied to the above-listed money judgment. *See* Defendant Stancil Enterprises, Inc.'s Plea Agreement ¶ II.D.

  Plaintiff hereby applies for entry of a money judgment as follows:

  1. Pursuant to 31 U.S.C. § 5317(c)(1) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Stancil Enterprises, Inc. in the amount of $428,589.30.

  2. The above-referenced personal forfeiture money judgment is imposed based on defendant Stancil Enterprises, Inc.'s conviction for violating 18 U.S.C. § 371, involving 31 U.S.C. § 5313(a) and 31 U.S.C. § 5324(a). Said amount reflects a property involved in the offense, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

  3. The $5,173.45 in U.S. Currency seized from Wells Fargo Bank Account Number 3444347300, by the Internal Revenue Service on or about November 19, 2009, and subject of the related case 2:10-MC-00046 MCE, shall be applied to the above-listed money judgment.

  4. The remaining $423,415.85 of the above-listed money judgment shall be paid on or before the expiration of the 30th day following entry of judgment relating to Stancil Enterprises, Inc.

  5. Upon entry of judgment and commitment of Stancil Enterprises, Inc., the Clerk of the Court shall disburse the

1 | $423,415.85 of the $923,415.85 deposited on February 27, 2012, on
2 | behalf of Stancil Enterprises, Inc., plus any interest that has
3 | accrued on that amount, payable to the U.S. Department of Treasury
4 | and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture
5 | Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. The Clerk
6 | of the Court shall waive any and all service fees on the
7 | $423,415.85. The $423,415.85 shall be seized and held by the U.S.
8 | Department of Treasury, in its secure custody and control.

10 | DATED: 3/2/2012            BENJAMIN B. WAGNER
                               United States Attorney

12 |                            /s/ Jean M. Hobler
                               JEAN M. HOBLER
13 |                            Assistant U.S. Attorney

14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | For good cause shown, it is hereby ORDERED and ADJUDGED: |
| 3 | 1. A personal forfeiture money judgment in the amount of |
| 4 | $428,589.30 shall be imposed against defendant Stancil |
| 5 | Enterprises, Inc. |
| 6 | 2. The $5,173.45 in U.S. Currency seized from Wells Fargo |
| 7 | Bank Account Number 3444347300, by the Internal Revenue Service on |
| 8 | or about November 19, 2009, and subject of the related case 2:10- |
| 9 | MC-00046 MCE, shall be applied to the above-listed money judgment. |
| 10 | 3. The remaining $423,415.85 of the above-listed money |
| 11 | judgment shall be paid on or before the expiration of the 30th day |
| 12 | following entry of judgment relating to Stancil Enterprises, Inc. |
| 13 | 4. Upon entry of judgment and commitment of Stancil |
| 14 | Enterprises, Inc., the Clerk of the Court shall disburse the |
| 15 | $423,415.85 of the $923,415.85 deposited on February 27, 2012, on |
| 16 | behalf of Stancil Enterprises, Inc., plus any interest that has |
| 17 | accrued on that amount, payable to the U.S. Department of Treasury |
| 18 | and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture |
| 19 | Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. The Clerk |
| 20 | of the Court shall waive any and all service fees on the |
| 21 | $423,415.85. The $423,415.85 shall be seized and held by the U.S. |
| 22 | Department of Treasury, in its secure custody and control. |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

5. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

IT IS SO ORDERED.

Dated: March 7, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE