IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00025-MCE |
| | ) | |
| Plaintiff, | ) | ORDER TO DISBURSE FUNDS |
| | ) | PURSUANT TO SENTENCING |
| v. | ) | |
| | ) | |
| STANCIL ENTERPRISES, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

On or about March 8, 2012, Stancil Enterprises, Inc. was sentenced by this Court for Conspiracy to Aid and Abet Evasion of Reporting Requirements in violation of 18 U.S.C. § 371, 31 U.S.C. § 5313(a), and 31 U.S.C. § 5324(a).

As part of the sentence, the Court has imposed a criminal fine in the amount of $500,000. On February 27, 2012, Stancil Enterprises, Inc., for purposes of paying the fine and forfeiture to be imposed at sentencing, deposited funds sufficient to cover this fine with the registry of the Court (the "Deposited Funds"). The Court has previously ordered that $423,415.85 of the Deposited Funds be disbursed to pay the defendant's forfeiture obligations.

///

///

1     Order re: Disbursement of Funds for Fine

Out of the remaining Deposited Funds, the Court now orders that the Clerk of the Court credit the amount of $500,000 to the applicable account for payment of the fine, only. The $400 assessment will be paid separately by the defendant.

If there are any remaining Deposited Funds after payment of the forfeiture, as previously ordered, and the fine, as herein ordered, they shall be disbursed to Stancil Enterprises, Inc. c/o its attorney Donald H. Heller, A Law Corporation, 701 University Avenue, Suite 100, Sacramento, CA 95825.

IT IS SO ORDERED.

Dated: March 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE