BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH STANCIL,<br><br>    Defendant. | Case No. 2:12-CR-025 MCE<br><br>**MOTION TO TERMINATE PRETRIAL DIVERSION AND DISMISS INDICTMENT, ORDER** |

The Government and defendant Joseph Stancil entered into a deferred prosecution agreement in this matter in April 2012. The Court approved that agreement on April 26, 2012. The agreements contemplated certain actions be undertaken by the defendant before the end of a contemplated 18-month pretrial diversion period. Pretrial Services has advised that the defendant has complied with all terms and conditions of supervision and has met all his obligations under the pretrial diversion agreements. Thus, Pretrial Services recommends early termination of the pretrial diversion period. The Government does not object.

Now, therefore, consistent with the terms of the pretrial diversion agreement, the Government requests the Court terminate Joseph Stancil's Pretrial Diversion. Further, under Federal Rule of Criminal Procedure 48(a), and consistent with its obligations under the pretrial

1

diversion agreement, the Government moves to dismiss the charges against Joseph Stancil in this case, filed on January 26, 2012. (Docket Number 1.) The Government has consulted with counsel for the defendant, Donald H. Heller and is authorized to represent that the defendant is aware of the Government's intent to dismiss the charges against him, and does not object to disposition of the matter by the Court without further briefing or hearing on the matter.

DATED: March 7, 2013
BENJAMIN B. WAGNER
United States Attorney


By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

# ORDER

Based on the Government's motion and the representations contained therein, the Court finds good cause to terminate the pretrial diversion period of defendant Joseph Stancil, and the diversion period is TERMINATED. The Court further grants the Government's motion under Rule 48 of the Federal Rules of Criminal Procedure, and dismisses the charges in the Information as to defendant Joseph Stancil.

IT IS SO ORDERED.

Dated: **March 8, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE